1  THOMAS P. BEKO, ESQ. (Bar No. 2653)
   Erickson, Thorpe & Swainston, Ltd.
2  99 W. Arroyo Street
   Reno, NV 89509
3  Telephone: (775) 786-3930
   Facsimile: (775) 786-4190
4  *Attorney for Defendant Nicholas Bacon*

5

6

7                    UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA, LAS VEGAS

9

10 TINA KOLINAS,                          )  Case No. 2:09-CV-00728 ECR (LRL)
                                          )
11              Plaintiff,                )
                                          )
12       v.                               )  ORDER GRANTING
                                          )
13 CITY OF MESQUITE; MESQUITE POLICE      )
   DEPARTMENT; POLICE CHIEF               )
14 DOUGLAS LAW;  MESQUITE                 )
   DETENTION CENTER; COMMANDER            )
15 GLENDA LARSON; OFCR. NICHOLAS          )
   BACON, #6115, in his individual capacity; )
16 OFCR. BRAD SWANSON, #6066, in his      )
   individual capacity; OFCR. LANCE BARR, )
17 #6065, in his individual capacity; JOHN )
   GRASINOVITS, M.D.; DOES 1-50,          )
18 Inclusive,                             )
                                          )
19              Defendants.               )
                                          )
20                                        )
                                          )
21 _____        )
                                          )
22

23       **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

24       IT IS HEREBY STIPULATED, by and between the Plaintiff TINA KOLINAS, through her

25 attorney of record PETER GOLDSTEIN, ESQ., Defendant NICHOLAS BACON, through his

26 attorney of record, THOMAS P. BEKO, ESQ., and Defendants CITY OF MESQUITE, MESQUITE

27 POLICE DEPARTMENT, POLICE CHIEF DOUGLAS LAW, MESQUITE DETENTION

28 CENTER, COMMANDER GLENDA LARSON, OFFICER BRAD SWANSON, OFFICER LANCE

   BARR and JOHN GRASINOVITS, by and through their attorney of record, JEFF PITEGOFF, ESQ.,

                                          1

that the above-entitled action may be dismissed with prejudice, with each party to bear their own court costs and attorney's fees.

PETER GOLDSTEIN

/S/
Peter Goldstein, Bar No. 6992
330 South Third Street, #1100 A
Las Vegas, NV 89101
*Attorney for Plaintiff*

Dated this 7th day of September, 2010.

PITEGOFF LAW OFFICES

/S/
Jeff Pitegoff, Bar No.5458
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
*Attorneys for Defendants City of Mesquite, Mesquite Police Department, Police Chief Douglas Law, Mesquite Detention Center, Commander Glenda Larson, Officer Brad Swanson, Officer Lance Barr and John Grasinovits*

Dated this 7th day of September, 2010.

ERICKSON, THORPE & SWAINSTON

/S/
Thomas Beko, Bar No. 2653
99 West Arroyo Street
Reno, NV  89509
*Attorney for Defendant Officer Nicholas Bacon*

Dated this 7th day of September, 2010.

## ORDER

IT IS SO ORDERED this 8th day of September, 2010.

*/s/ Edward C. Reed*
**UNITED STATES JUDGE**

2